CLERK'S OF.
AT ROA...
FILED

APR 17 2020

JULIA C. DUDLEY CLERK
BY:
DEPUTY CLERK

United States District Court
for The District of Columbia
(At Roanoke, Virginia)

7:20-CV-00217

Marcus L. Carnes,
        Plaintiff,

V.

S. Bryson, Dentist USP Lee,
        Defendant.

Case No. (Clerk To Supply)

Preliminary Injunctive Relief Requested

## CIVIL COMPLAINT

NOW COMES the Plaintiff Marcus L. Carnes, respectfully before this Honorable Court. Plaintiff commences this civil action by way of complaint against defendant in his individual capacity for deliberate indifference towards plaintiff's medical needs in violation of the Eighth Amendment's cruel and unusual punishments clause. In support thereof, plaintiff offers the following particulars:

1. At this time, petitioner has had an infected tooth, which has abscessed with fluid for about 3 months. Plaintiff's condition is gradually worsening, and his condition has been intentionally misdiagnosed because plaintiff is housed in the Special Housing Unit and is avoiding plaintiff because of the somewhat cumbersome procedures of getting plaintiff to the dental clinic as a SHU inmate. Plaintiff was told to wait until he gets to his next facility, however the corona virus has his transfer currently halted, and he is left without any treatment, is bleeding, and is experiencing severe pain in the abscessed area.

2. After an altercation in the prison, Plaintiff was admitted to Holstens Valley Medical Center on November 21, 2019. He was diagnosed as having his mandible (right) dislodged. Once released, I was denied the proper, and prescribed, oral treatment by defendant even though defendant knew of MD, Randall Falconer's orders. Plaintiff was not seen by defendant until 71 days after his release from Holstens back to USP Lee. The follow-up was supposed to

entail an x-ray by defendant, deep tooth cleaning, and was supposed to be presented and given Chlorhexidine gluconate oral rinse USP 0.12% but not one of the above stated manifested at the so-called follow-up Plaintiff's gumline is inflaming, the entire front bottom portions of his gumline is swollen where 2 large abscesses are resting. Plaintiff is aware that if the infections drain into his brain he could die and needs emergency attention at this time.

## Relief Requested

Plaintiff respectfully seeks to recover $100,000.00 from defendant in his individual capacity and seeks an injunction requiring immediate outside medical attention.

WHEREFORE Plaintiff prays to prevail in this Honorable Court against defendant for the foregoing reasons.

Respectfully Submitted,

X Marcus L Carnes

Marcus L. Carnes
# 42107 044
Address: USP Lee
P.O. Box 305
Jonesville, Virginia 24263

Mr. Marcus L. Carnes
Prisoner ID No. 42107044
United States Penitentiary Lee
P.O. Box 305
Jonesville, Virginia 24263

Legal Mail

KNOXVILLE TN 377
24011$209 C005
13 APR 2020 PM 3 L

FOREVER USA

c/o: Clerk
U.S. District Court
Western District of Virginia
210 Franklin Road, S.W.
Room 808
Roanoke, Virginia 24011-2204